Daniel Sadeh, Esq.
**HALPER SADEH LLP**
375 Park Avenue, Suite 2607
New York, NY 10152
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIANE REEDER,<br><br>     Plaintiff,<br><br>     v.<br><br>AVON PRODUCTS, INC., CHAN W. GALBATO, W. DON CORNWELL, JAN ZIJDERVELD, JOSE ARMARIO, NANCY KILLEFER, SUSAN J. KROPF, HELEN MCCLUSKEY, ANDREW G. MCMASTER, JR., JAMES A. MITAROTONDA, MICHAEL F. SANFORD, and LENARD TESSLER,<br><br>     Defendants. | Case No: 1:19-cv-05964-RRM-SJB<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Adriane Reeder hereby voluntarily dismisses the above-captioned action as moot. Defendants have not served an answer or a motion for summary judgment.

Dated: January 20, 2020                    Respectfully submitted,

                                           **HALPER SADEH LLP**

                                           By: /s/ Daniel Sadeh
                                           Daniel Sadeh, Esq.
                                           375 Park Avenue, Suite 2607
                                           New York, NY 10152

Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

   I, Daniel Sadeh, hereby certify that on January 20, 2020, a true and correct copy of the annexed **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: January 20, 2020      /s/ Daniel Sadeh
               Daniel Sadeh